**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-4535**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RALPH HOLDEN SHIELDS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (CR-00-144-FO)

_____

Submitted: November 21, 2002      Decided: November 27, 2002

_____

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas P. McNamara, Federal Public Defender, G. Alan DuBois, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. Frank D. Whitney, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Christine Witcover Dean, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Ralph H. Shields appeals the district court's order revoking his term of supervised release and sentencing him to twenty-four months imprisonment. We have reviewed the record and find no reversible error associated with the lower court's decision to sentence Shields above the recommended guideline range. <u>See</u> <u>United States v. Davis</u>, No. 53 F.3d 638, 642-43 (4th Cir. 1995). Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2